IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN S. LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv243-MHT |
| | ) | (WO) |
| PRIMESOUTH BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motions to dismiss (doc. nos. 19 & 20) are granted and that defendant PrimeSouth Bank and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of May, 2011.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE